HAROLD M. LEWIS et al., Respondents, v. HENRY F. CLARK et al., Appellants. — Appeal dismissed, without costs, upon stipulation.

■

ANDREW DEMASI, Appellant, v. LA VERNE HARDER, Respondent. FLORENCE M. DEMASI, Appellant, v. LA VERNE HARDER, Respondent.— Motions granted and appeals dismissed.